**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

October 6, 2016

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

      Re:    Shirley Johnson
             Case No. 5:15-02560

Dear Clerk:

We have been informed that our client, Shirley Johnson, has a new address, as follows:

      Shirley Johnson
      9457 Juniper Drive
      Tobyhanna, PA 18466-3821

Please correct the docket and mailing matrix accordingly. Thank you.

      Very truly yours,

      */s/ Vincent Rubino*

      Vincent Rubino