# NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

May 14, 2019

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

      *RE:*   *Shirley Johnson*
             *Case No. 5:15-02560*

Dear Clerk:

    We have been informed by our client, Shirley Johnson, that she has a new address, as follows:

        495 Martin Road
        Hinesville, GA  31313

    Please correct the docket and mailing matrix accordingly.  Thank you.

                                 Very truly yours,

                                 */s/ Vincent Rubino*

                                 Vincent Rubino