**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

SHIRLEY M. JOHNSON,        : CASE NO. 5:15-bk-02560
Aka SHIRLEY MAE JOHNSON,
Aka SHIRLEY JOHNSON,       : CHAPTER 13

        Debtor         :

**CERTIFICATION OF NO OBJECTION TO**
**MOTION TO INCUR DEBT: MORTGAGE (VA LOAN)**

AND NOW comes Debtor, **SHIRLEY M. JOHNSON**, by and through her attorneys NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.*,* hereby certifies the following:

1.      On November 11, 2019, the undersigned filed a Motion to Incur Debt: Mortgage (VA Loan) which was served on the Creditors Matrix, Chapter 13 Trustee and US Trustee.

2.      According to the Notice of Motion to Incur Debt: Mortgage (VA Loan) thereto objections were due by November 25, 2019.

3.      As of November 26, 2019, no Objections to the Motion to Incur Debt: Mortgage (VA Loan) have been filed with your Honorable Court.

**WHEREFORE,** the Debtor respectfully requests an Order granting the Motion to Incur Debt.

Dated: November 26, 2019

                                        **NEWMAN, WILLIAMS, MISHKIN,**
                                        **CORVELEYN, WOLFE & FARERI, P.C.**

            By:      /s/ Robert Kidwell
                       ROBERT KIDWELL, ESQUIRE
                       Attorney for Debtor
                       Attorney I.D. No 206555
                       PO Box 511, 712 Monroe Street
                       Stroudsburg, PA 18360
                       (570) 421-9090; fax (570) 424-9739
                       rkidwell@newmanwilliams.com