**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

August 7, 2020

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

      Re:    Shirley Johnson
             Case No. 5:15-02560

Dear Clerk:

    We have been informed that our client, Shirley Johnson, has a new address, as follows:

      Shirley Johnson
      183 Old Savannah Road
      Hinesville, GA 31313

    Please correct the docket and mailing matrix accordingly.  Thank you.

                        Very truly yours,

                        */s/ Vincent Rubino*

                        Vincent Rubino